```
AARON D. FORD
Attorney General
CAMERON P. VANDENBERG
Chief Deputy Attorney General
NV Bar No. 4356
MATTHEW E. ESTRADA
Deputy Attorney General
NV Bar No. 15543
Personnel Division
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Telephone: (775) 687-2100
Facsimile: (775) 688-1822
cvandenberg@ag.nv.gov
mestrada@ag.nv.gov
```

*Attorneys for Defendant State of Nevada, Department of Health and Human Services, Division of Child and Family Services*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GODFREY MERE, an individual,<br><br>         Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF CHILD AND FAMILY SERVICES, Desert Willow Treatment Center; DOES 1-10 and ROES I-X, inclusive;<br><br>         Defendants. | Case No. 2:23-cv-00487-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>**(First Request)** |

Plaintiff, GODFREY MERE, and Defendant STATE OF NEVADA, DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF CHILD AND FAMILY SERVICES, DESERT WILLOW TREATMENT CENTER, by and through their respective counsel, hereby stipulate to and respectfully request that the Court extend the following deadlines set forth in the parties' Discovery Plan and Scheduling Order (ECF 20) by ninety (90) days:

| Description | Original Deadline (ECF No. 20) | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | April 8, 2024 | **July 7, 2024** |
| Dispositive Motions | May 8, 2024 | **August 6, 2024** |

| Pretrial Order and Disclosures | If no dispositive motions, June 7, 2024; otherwise, 30 days after decision on dispositive motions or further court order. | **If no dispositive motions, September 5, 2024; otherwise, 30 days after decision on dispositive motions or further court order.** |
|---|---|---|

1. This request is based on:

   a. Since the scheduling order was entered on June 26, 2023, the parties have engaged in dispositive motion practice, an early neutral evaluation session, some written discovery; and amendment of pleadings.

   b. Plaintiff filed his second amended complaint (ECF 33) on February 6, 2024, and Defendant answered on February 23, 2024, (ECF 35) only 45 days prior to the end of discovery.

   c. Previous defense counsel left the office of the attorney general shortly after the second amended complaint was filed, and the undersigned chief of the Personnel Division, who has had to assume responsibility for this case while recruiting for a replacement, needs much more time to engage in and complete discovery.

2. This is the first request for an extension of these deadlines and is not made for purposes of undue delay.

APPROVED AS TO FORM AND CONTENT on the 18th day of March, 2024.

AARON D. FORD
ATTORNEY GENERAL

By: */s/ Cameron Vandenberg*
CAMERON P. VANDENBERG
Chief Deputy Attorney General
MATTHEW E. ESTRADA
Deputy Attorney General

*Attorneys for Defendant*

GUINNESS LAW FIRM

BY: */s/ Guiness Ohazuruike*
GUINNESS OHAZURUIKE, ESQ.

*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED that the parties' stipulation to extend discovery and dispositive motions deadline (ECF No. 36) is GRANTED.

DATED: 3/19/2024

_____
UNITED STATES MAGISTRATE JUDGE