AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Godfrey O. Mere

              Plaintiff,

v.

State of Nevada, Desert Willow Treatment Center et al

              Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00487-JCM-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Defendant, State of Nevada, Department of Health & Human Services, Division of Child & Family Services, and against Plaintiff, Godfrey O. Mere. Case closed.

06/18/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ ALZ  
Deputy Clerk